**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2011

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00108-BNB

TIMOTHY HATTEN,

    Plaintiff,

v.

A. BARKER,
R. ANDERT,
J.C. HOLLAND,
BLAKE R. DAVIS,
D. YOUNG,
B.A. BLEDSOE,
D. MILLER,
MARNE BOYLE,
V. VISIL,
B. EISCHEN,
M. WACKER,
KEN EVERHARD,
S.P. YOUNG,
J. CRAMER,
GREGORY KIZZIAH,
J. CHAVEZ,
CARL LAFARGUE,
M. GUTIERREZ,
P. KISSELL,
R. LUND,
J. HARMON,
S. SNIDER,
J. MICIELLI,
S. HEATH,
W. ZEGARSKI,
J. ADIMI,
B. TRAZE,
KEITH A. MEZGER,
D. BREWER, and
K.A. PIERCE,

    Defendants.

## ORDER OF DISMISSAL

On February 11, 2011, Mr. Hatten, a federal prisoner who currently is incarcerated at the United States Penitentiary in Lewisburg, Pennsylvania, was denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). The Court instructed Mr. Hatten to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. The Court warned Mr. Hatten that if he failed to pay the filing fee within thirty days the Complaint and the action would be dismissed.

Mr. Hatten has failed to pay the filing fee within the time allowed. The Complaint and the action, therefore, will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice because Mr. Hatten failed to pay the $350.00 filing fee in full within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __25th__ day of _____April_____, 2011.

BY THE COURT:

        s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00108-BNB

Timothy Hatten
Reg No. 27993-004
USP – Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 25, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk